O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RIVERA, ) | CASE NO. CV 05-04942 SVW (RZ) |
| ) Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| DEBRA DEXTER, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of GUILLERMO RIVERA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 2, 2011

*[signature]*

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE